CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

IVANA DJAK (NYBN 5516687)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3918
    FAX: (510) 637-3724
    ivana.djak@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 4:25-MJ-70862 MAG |
| Plaintiff, | STIPULATION AND ORDER EXCLUDING TIME FROM AUGUST 27, 2025, TO SEPTEMBER 5, 2025 |
| v. | |
| PEDRO GALEANO-LOBO, | |
| Defendant. | |

This matter is currently set for a status conference before the Magistrate Court on August 27, 2025. The parties jointly request that this hearing be continued and reset for September 5, 2025. It is hereby stipulated by and between counsel for the United States and counsel for the defendant Pedro Galeano-Lobo, that time be excluded under the Speedy Trial Act from August 27, 2025, through September 5, 2025. At the status conference held on August 12, 2025, the government and counsel for the defendant agreed that time be excluded under the Speedy Trial Act and under Federal Rule of Criminal Procedure 5.1, so that defense counsel could continue to prepare, including by reviewing discovery and discussing resolution with the defendant. The government has now made an additional production of discovery, and defense counsel will need additional time to review the materials and confer with the defendant. For this reason and as further stated on the record at the status conference,

STIPULATION AND ORDER TO CONTINUE STATUS AND EXCLUDE TIME
Case No. 4:25-MJ-70862 MAG

1  the parties stipulate and agree that excluding time until September 5, 2025, will allow for the effective
2  preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that
3  the ends of justice are served by excluding the time from August 11, 2025, through September 22, 2025,
4  from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant
5  in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

6       The parties further agree that good cause exists for extending the time limits for a preliminary
7  hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an
8  indictment under the Speedy Trial Act (based on the exclusions set forth above). *See* Fed. R. Crim. P.
9  5.1; 18 U.S.C. § 3161(b).

10      The undersigned Assistant United States Attorney certifies that she has obtained approval from
11 counsel for the defendant to file this stipulation and proposed order.

12 IT IS SO STIPULATED.

14     IT IS SO STIPULATED.

15 DATED:     August 13, 2025               /s/
                                            IVANA DJAK
16                                          Assistant United States Attorney

17
   DATED:     August 13, 2025               /s/
18                                          MICHAEL LEVINE
                                            Counsel for Defendant Pedro Galeano-Lobo

STIPULATION AND ORDER TO CONTINUE STATUS AND EXCLUDE TIME
Case No. 4:25-MJ-70862 MAG

**ORDER**

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on August 12, 2025 and for good cause shown, the Court finds that failing to exclude the time from August 27, 2025, through September 5, 2025, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and continuity of counsel.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from August 27, 2025, through September 5, 2025, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from August 27, 2025, through September 5, 2025, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The Court also finds good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act (based on the exclusions set forth above). *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

The status hearing currently set for August 27, 2025, is hereby continued to September 5, 2025.

IT IS SO ORDERED.

DATED: August 15, 2025

_____
HON. DONNA M. RYU
Chief United States Magistrate Judge